UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 7, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID COVARUBIAS-CARRANZA,

    Defendant.

Case No. 2:25-mj-00112-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID COVARUBIAS-CARRANZA, Case No. 2:25-mj-00112-SCR, Charge 8 U.S.C. § 1326, from custody for the following reasons:

    x   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $ ___

    ___   Unsecured Appearance Bond $ ___

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    x   (Other): Release delayed until 8/8/2025 at 9:00 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on August 7, 2025, at 2:20 PM

By: _/s/ Sean C. Riordan_____

Magistrate Judge Sean C. Riordan